USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/22

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>GENERAL OUTDOOR ADVERTISING CO., INC., *et al.*,<br>    Defendants. | 1:20-mc- 480<br><br>(Originally In Equity No. 46-50) |

### ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated. The Clerk of Court is directed to close this case.

Dated: October 6, 2022

*/s/ Andrew L. Carter*

United States District Court Judge
Southern District of New York